# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CFL TECHNOLOGIES LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>OSRAM SYLVANIA, INC. and LEDVANCE, LLC,<br><br>      Defendants. | C.A. No. 18-1445-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 17, 2020, a copy of Plaintiff CFLT's Second Supplemental List of Osram Sylvania and Ledvance Accused Products Under Default Standard for Discovery Paragraph 4a was served on the following as indicated below:

### VIA EMAIL

John W. Shaw
Shaw Keller LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
nhoeschen@shawkeller.com

Srikanth K. Reddy
Kevin P. Martin
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
sreddy@goodwinlaw.com
kmartin@goodwinlaw.com

|  |  |
|---|---|
| Dated:  April 17, 2020 | */s/ Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br><br>*Attorneys for Plaintiff*<br>*CFL Technologies LLC* |