**PHILLIPS, McLAUGHLIN & HALL, P.A.**

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

October 27, 2021

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

  Re: *CFL Technologies LLC v. Osram Sylvania, Inc., et al.,*
     C.A. No. 18-1445 (RGA)

Dear Judge Andrews:

  I write on behalf of plaintiff, CFL Technologies LLC, and defendants, Osram SYLVANIA, Inc. and LEDVANCE, LLC, to request that the Court reschedule the Markman hearing for a date in early January.

  Plaintiff's lead counsel are scheduled to appear at trial in another matter on December 9, 2021, the date of the current Markman hearing. The matter is *Daedalus Blue, LLC v. SZ DJI Technology Co., Ltd., et. al.*, Civil Action No. 6:20-CV-0073-ADA, pending before Judge Albright in the Western District of Texas, and is scheduled to start on December 6, 2021. In addition, lead counsel for Defendants has a Markman hearing before Judge Noreika in *CAO Lighting, Inc. v. OSRAM SYLVANIA, Inc. et al.*, C.A. No. 20-690 scheduled for December 8. The parties therefore respectfully request a new Markman hearing date in early January or at the convenience of the Court. The parties have agreed that all other dates in the Scheduling Order (D.I. 91, as modified by 98) will remain the same. Counsel are available at the convenience of the Court should the Court require anything further.

                Respectfully submitted,

                */s/ Megan C. Haney*

                Megan C. Haney (No. 5016)

cc: Counsel of Record (via CM/ECF & Email)