IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CFL TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1445-RGA |
| | ) |
| OSRAM SYLVANIA, INC. and | ) |
| LEDVANCE, LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND PROPOSED ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit a status report on the numerosity of prior art references pursuant to ¶ 3(g)(iii) of the Scheduling Order (D.I. 91) is hereby extended through and including April 1, 2022.

| | |
|---|---|
| */s/ Megan C. Haney* | */s/ Nathan R. Hoeschen* |
| John C. Phillips, Jr. (No. 110) | John W. Shaw (No. 3362) |
| Megan C. Haney (No. 5016) | Nathan R. Hoeschen (No. 6232) |
| PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. | SHAW KELLER LLP |
| | I.M. Pei Building |
| 1200 North Broom Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| (302) 655-4200 | (302) 298-0700 |
| jcp@pgmhlaw.com | jshaw@shawkeller.com |
| mch@pgmhlaw.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

Dated: March 18, 2022

SO ORDERED this _____ day of_____, 2022.

_____
United States District Judge